398 A.2d 630

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Stanton STORY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1978.

Decided Dec. 29, 1978.

Charles M. Schwartz, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Leo M. Dillon, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

POMEROY, J., did not participate in the decision of this case.